UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL NATHAN DENIS,<br><br>    Petitioner,<br><br>  v.<br><br>F. GONZALEZ, Warden,<br><br>    Respondent. | No. CV 10-982 GAF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 25, 2012

_____
GARY A. FEESS
United States District Judge