UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL NATHAN DENIS, | No. CV 10-982 GAF (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| F. GONZALEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 25, 2012

_____
GARY A. FEESS
United States District Judge